FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN -9 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Indictment |
| KATIE MARIE KLOTH AND TYLER JOHN NORMAN | No.   1 : 26 C R - 0 2 5 8 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about May 12, 2022, in the Northern District of Georgia, the defendants, KATIE MARIE KLOTH and TYLER JOHN NORMAN, aided and abetted by each other and others known and unknown to the Grand Jury, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, the Brasfield & Gorrie property located at 2999 Circle 75 Parkway, Atlanta, Georgia 30339, real property used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 844(i) and 2.

### Count Two

On or about May 12, 2022, in the Northern District of Georgia, the defendants, KATIE MARIE KLOTH and TYLER JOHN NORMAN, aided and abetted by each other and others known and unknown to the Grand Jury, by force and threat of force, including the use of a dangerous weapon, explosives, and fire, during and incident to a riot and civil disorder, knowingly and willfully intimidated and

interfered with, and attempted to intimidate and interfere with, employees of Brasfield & Gorrie, who were persons engaged in a business in commerce and affecting commerce, in violation of Title 18, United States Code, Sections 245(b)(3) and 2.

## Forfeiture

Upon conviction of the offense alleged in Count One of this Indictment, the defendants, KATIE MARIE KLOTH and TYLER JOHN NORMAN, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 844(c) and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the offense, and any property, real or personal, constituting, or derived from, proceeds traceable to the offense, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Indictment.

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

2

the United States of America intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A _____ True _____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
  United States Attorney

*Noah R. Schechtman*

NOAH R. SCHECHTMAN
  *Assistant United States Attorney*
Georgia Bar No. 937828

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3