AO 442 (2/85) Warrant for Arrest

Fid. 11975190

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

**COPY**

UNITED STATES OF AMERICA,

vs.

KATIE MARIE KLOTH
**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:26-cr-00258

To:    The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest KATIE MARIE KLOTH and bring him or her forthwith to the magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Maliciously Damaged and Destroyed, by Means of Fire and an Explosive, Real Property Used in Interstate and Foreign Commerce.

in violation of **Title 18, United States Code, Section(s) 844(i) and (2).**

KEVIN P. WEIMER
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

June 9, 2026  at  Atlanta, Georgia
Date and Location

Bail Fixed at  $_____

By:_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:    _____

_____
Name and Title of Arresting Officer

Date of Arrest:    _____

_____
Signature of Arresting Officer