AO 83 (12/85) Summons in a Criminal Case

**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Jun 23 2026

**KEVIN P. WEIMER** , Clerk

By: U. Wiggins

Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

Katie Marie Kloth, 71371-512
4348 North Chestnut Street, Apt. 104
Colorado Springs, Colorado 80907

**SUMMONS IN A CRIMINAL**

**CASE**   CASE NO.  1:26-CR-258

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

**PLACE**:    U.S. Courthouse
Richard B. Russell Building
**Room** 2022
75 Ted Turner Drive, SW Atlanta,
Georgia 30303-3309

**BEFORE**:   **Honorable Russell G. Vineyard**
United States Magistrate Judge

**DATE AND**   **Thursday, July 16, 2026**
**TIME:**          **10:30 AM**

To answer a(n)

☒ Indictment        ☐ Information        ☐ Complaint        ☐ Violation Notice        ☐ Probation Violation Petition

Charging you with a violation of  **Title 18, United States Code, Section(s) 844(i) and 2.**

Brief description of the offense:  Attempt to damage or destroy—any building, vehicle, or other real/

personal property by means of fire or an explosive.

AUSA:                                                              Noah Schectman

Counsel for Defendant:

KEVIN P. WEIMER
CLERK OF COURT

06/23/2026

By:  Uzma S. Wiggins
Deputy Clerk