IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KATIE MARIE KLOTH AND<br>TYLER JOHN NORMAN | CRIMINAL ACTION NO.<br>1:26-CR-00258-ELR-JSA |

OPPOSED MOTION TO MODIFY CONDITIONS
OF PRETRIAL RELEASE

COMES NOW the Defendant, KATIE MARIE KLOTH, by and through undersigned counsel, and moves this Court to modify two conditions of her pretrial release. First, Ms. Kloth asks the Court to modify the condition requiring permission from the Court to travel outside of the approved districts, and to instead allow permission from her supervising pretrial services officer. Second, Ms. Kloth asks the Court to modify the condition prohibiting contact with her co-defendant, and to instead allow contact with lawyers present. (Doc. 11 at 2).

In support of this motion, Ms. Kloth shows as follows:

(1)

Ms. Kloth is named in a two-count federal indictment in which she is charged with arson in violation of 18 U.S.C. §§ 844(i) and 2, and criminal interference with federally protected activities in violation of 18 U.S.C.

§§ 245(b)(3) and 2. (Doc. 1). She made her initial appearance and was arraigned on July 16, 2026. (Doc. 4). At that hearing, the parties jointly agreed to Ms. Kloth's release on bond. The conditions of pretrial release include travel restrictions and a no-contact provision covering co-defendant Tyler John Norman. (Doc. 4 at 2).

(2)

Ms. Kloth's travel is restricted to the District of Colorado, and the Northern District of Georgia for Court purposes and legal appointments only, unless prior permission is granted by the Court to travel elsewhere.

Ms. Kloth derives a significant portion of her income from her employment as a professional jiu jitsu athlete and coach. This work requires Ms. Kloth to travel outside of the permitted districts for competitions and coaching engagements, including two competitions currently scheduled for August 7-10, 2026, and August 21-24, 2026. For this reason, Ms. Kloth asks the Court to modify her conditions to allow out-of-district travel with the permission of her supervising pretrial services officer, rather than requiring a motion to the Court each time.

Ms. Kloth's supervising pretrial services officer, Officer Ashley Bixler, has confirmed that Ms. Kloth has complied with all conditions of her release to date and does not oppose this modification. Shifting this authority to the

supervising officer would still restrict Ms. Kloth's travel and provide meaningful oversight while giving her the flexibility she needs to meet the demands of her profession.

(3)

Ms. Kloth is currently prohibited from any contact with her codefendant, Tyler John Norman. Ms. Kloth requests that this condition be modified to permit contact between Ms. Kloth and Mr. Norman with lawyers present. Communication conducted with counsel present would allow the parties to effectively explore any potential joint defenses.

(3)

Undersigned counsel conferred with Assistant United States Attorney ("AUSA") Noah Schechtman regarding the government's position on these modifications, and the government opposes both modification requests.

WHEREFORE, Ms. Kloth respectfully requests that this Court modify her conditions of pretrial release to: (1) permit out-of-district travel with the prior approval of her supervising pretrial services officer; and (2) permit contact with Tyler John Norman with lawyers present.

Respectfully Submitted, this 3rd day of August, 2026.

*<u>/s/ Kenyatta J. Barthelemy</u>*
KENYATTA J. BARTHELEMY
LOUISIANA BAR NO. 40664
ATTORNEY FOR MS. KLOTH

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax: (404) 688-0768
Kenyatta_Barthelemy@fd.org