IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

KATIE MARIE KLOTH AND
TYLER JOHN NORMAN

CRIMINAL ACTION NO.
1:26-CR-00258-ELR-JSA

## SUPPLEMENTAL MOTION TO MODIFY
## CONDITIONS OF PRETRIAL RELEASE

COMES NOW the Defendant, KATIE MARIE KLOTH, by and through undersigned counsel, submits this Supplemental Motion to Modify Conditions of Pretrial Release, in addition to the relief requested in her original Motion to Modify Conditions of Pretrial Release filed August 3, 2026 (Doc. 27). In support of this motion, Ms. Kloth shows as follows:

(1)

On August 3, 2026, Ms. Kloth filed a motion requesting, among other things, that the Court modify her travel conditions to allow out-of-district travel with the permission of her supervising pretrial services officer rather than requiring prior approval from the Court. (Doc. 27). That motion remains pending before the Court.

(2)

Since filing that motion, Ms. Kloth has been presented with three additional travel needs, each time-sensitive, which she brings to the Court's attention now to allow adequate time for consideration:

(a) Ms. Kloth has been invited to compete for Team USA at the SJJIF World Jiu-Jitsu Championship, to be held in Tokyo, Japan from September 1-7, 2026. This is a significant professional opportunity in Ms. Kloth's career as a competitive jiu-jitsu athlete, representing her country in international competition. Ms. Kloth requests permission to travel to Japan for this purpose and proposes the following conditions to address any concerns regarding international travel: she will surrender her passport to her supervising officer immediately upon return, and provide a copy of her round-trip itinerary to Pretrial Services and the Court in advance.

(b) Ms. Kloth's father is scheduled to undergo heart surgery in Wisconsin on September 9, 2026. Ms. Kloth requests permission to travel to Wisconsin from September 8-19, 2026, to be present for her father's surgery and to assist with his recovery during the days that follow.

(c) Ms. Kloth has a previously scheduled jiu-jitsu competition and seminar in Nashville, Tennessee on September 19-21, 2026, related to her professional employment as a competitor and coach.

(3)

As of the filing of this motion, AUSA Noah Schechtman's position is not yet known, and counsel will supplement the record promptly upon receiving it.

(4)

Given the approaching departure date of September 1, 2026, for the Tokyo competition, Ms. Kloth respectfully requests expedited consideration of this motion.

WHEREFORE, Ms. Kloth respectfully requests that this Court grant her permission to travel: (1) to Tokyo, Japan on September 1-7, 2026; (2) to Wisconsin on September 8-18, 2026; and (3) to Nashville, Tennessee on September 19-21, 2026, subject to any conditions the Court deems appropriate.

Respectfully Submitted, this 12th day of August, 2026.

/s/ Kenyatta J. Barthelemy
KENYATTA J. BARTHELEMY
LOUISIANA BAR NO. 40664
ATTORNEY FOR MS. KLOTH

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax: (404) 688-0768
Kenyatta_Barthelemy@fd.org

3